# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **REGIONAL CONSTRUCTION, L.L.C.** | * | **CIVIL ACTION NO. 17-1014** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CITY OF MONROE** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Dismiss Based on Lack of Subject Matter Jurisdiction [Doc. No. 8] filed by Defendant City of Monroe is GRANTED. Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE in its entirety.

MONROE, LOUISIANA, this 20th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE